UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK                                                    DATE: April 26, 2016

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto

Title of Case:                                            Docket# 12-CR-263

U.S.A. v. STEPHEN E. HRUBY

**Appearances**:
Bryan Bughman, AUSA for the Gov't
Steven Tugander, AUSA for the Gov't
Carl D. Poplar, Esq. for Deft
Joanne Young, Probation Officer

Nature of Proceeding:   **SENTENCING**

Dft sentenced to 1 year probation;
Fine: $20,000 - due immediately;
Special Assessment: $100.00 - due immediately;
Special Conditions:
1) New Debt Restrictions
2) Self-employment/Business Disclosure
3) Occupational Restrictions


Time Commenced 12:20 p.m.
Time Adjourned 12:40 p.m.
Total time: 20 mins.
cc: chambers                                              Carmen D. Soto
                                                          Deputy Clerk